# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

Plaintiff, Bobby L. Turner

v.

McDonald's Corp & American Family Ins. Corp

Defendant(s).

Case No. 19-2271

FILED
OCT 08 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

Yes

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 2715 S. MacArthur Blvd Apt 110, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant McDonalds Corp. is employed as a All Stock Holders of McDonald Corp.
(a) (Name of First Defendant)
(b) (Position/Title)
with McDonalds Corp 1605 Neil St. IL Champaign
(c) (Employer's Name and Address)

1

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: Admitted to Fault without liability Volation of Civil Rights for Bobby L. Torner Posien by food but denied recovery of any kind.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: McDonalds continue to operate without worry of liability of any kind. please stop all operation World wide.

**Defendant #2:**

C. Defendant American family Ins Corp is employed as a
(a) (Name of Second Defendant)
All Stock Hold of American family Corp.
(b) (Position/Title)
with Wausau, Wisconsin
(d) (Employer's Name and Address)

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Admitted to Fault of food posing for Insured McDonald but denied recovery of any kind. Volation of Civil Rights

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

Stop All operation worldwide Company operates without liability of any kind.

2

**Defendant #3:**

D.  Defendant __John Doe__ is employed as a
    (a) (Name of Third Defendant)

__unknown at this time__
(b) (Position/Title)

with __U.S.A__.
(c) (Employer's Name and Address)

*Check one of the following:*

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

The company seek to operate with Any Liability is USA

[✓] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

To Stop Operation of Business.

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

3

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☐  ☑ No

B. If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1. Parties to previous lawsuits:

   Plaintiff(s):

   Defendant(s):

2. Date of Filing:

3. Case Number:

4. Jurisdiction/Court:

5. Name of Judge:

6. Issues Raised:

7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

8. Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about **Oct 17 2019** (month, day, year), at approximately **2:00 PM**
☐ a.m. ☑ p.m., plaintiff was present in the municipality (or unincorporated area of) **Champaign Illinois**, in the County of **Champaign**, in the State of Illinois, at **1605 Neil St. Champaign, IL**. where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☑ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☑ conspired together to violate one or more of plaintiff's civil rights;

☐ other *(please explain)*: **Attached**

2. Plaintiff was charged with one or more crimes, specifically: **NO**

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☐ other: **NO**

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

Attach letter sent to American family and denid after giving them open opportunity to settle for as little as $1.00.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously. Yes

6. As a result of Defendant's conduct, plaintiff was injured as follows:
Life was completely chang because of food posieng.

7. Plaintiff asks that this case be tried by a jury. ☑ Yes ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ __1.25 Trillion__ to compensate for *(check all that apply)*:

    - [x] bodily harm
    - [x] emotional harm
    - [x] pain and suffering
    - [x] loss of income
    - [x] loss of enjoyment of life
    - [ ] property damage

2. Punitive Damages:   [x] Yes   [ ] No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: __10-8-2019__

Signature of Plaintiff: _____

Plaintiff's Name *(print clearly or type)*: __Bobby L. Turner__

Mailing Address: __2715 S. MacArthur Blvd, Apt 110__

City: __Springfield__, ~~IX~~ State: __IL__ Zip: __62704__

Plaintiff's Telephone Number: ( __217__ ) __303-0266__